and dismissed on motion of *Mr. Tench T. Marye* in behalf of counsel for the defendant in error.

---

No. 296. UNITED STATES *v.* ARTHUR L. BACKMAN, MASTER OF THE SCHOONER FRANCES LOUISE, ETC. Appeal from the District Court of the United States for the District of Massachusetts. February 1, 1926. Dismissed, and mandate granted, on motion of appellant. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States. *Messrs. William H. Lewis* and *Matthew L. McGrath* for appellee.

---

No. 297. UNITED STATES *v.* ARTHUR L. BACKMAN, MASTER OF THE SCHOONER FRANCES LOUISE, ETC. Appeal from the District Court of the United States for the District of Massachusetts. February 1, 1926. Dismissed, and mandate granted, on motion of appellant. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States. *Messrs. William H. Lewis* and *Matthew L. McGrath* for appellee.

---

No. 298. UNITED STATES *v.* ARTHUR L. BACKMAN, MASTER OF THE SCHOONER FRANCIS LOUISE, ETC. Appeal from the District Court of the United States for the District of Massachusetts. February 1, 1926. Dismissed, and mandate granted, on motion of appellant. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States. *Messrs. William H. Lewis* and *Matthew L. McGrath* for appellee.

---

No. 339. UNITED STATES *v.* HARRY RITCEY, MASTER OF THE BRITISH SCHOONER MARJORIE E. BACHMAN, ETC., ET AL. Appeal from the District Court of the United States for the District of Massachusetts. February 1, 1926.

270 U. S.   Cases Disposed of Without Consideration by the Court.

Dismissed, and mandate granted, on motion of appellant. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States. *Messrs. William H. Lewis* and *Matthew L. McGrath* for appellee.

---

No. 340. UNITED STATES *v.* HARRY RITCEY, MASTER OF THE BRITISH SCHOONER MARJORIE E. BACHMAN, ETC., ET AL. Appeal from the District Court of the United States for the District of Massachusetts. February 1, 1926. Dismissed, and mandate granted, on motion of appellant. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States. *Messrs. William H. Lewis* and *Matthew L. McGrath* for appellee.

---

No. 341. UNITED STATES *v.* HARRY RITCEY, MASTER OF THE BRITISH SCHOONER MARJORIE E. BACHMAN, ETC., ET AL. Appeal from the District Court of the United States for the District of Massachusetts. February 1, 1926. Dismissed, and mandate granted, on motion of appellant. *Solicitor General Mitchell* for the United States. *Messrs. William H. Lewis* and *Matthew L. McGrath* for appellees.

---

No. 501. UNITED STATES *v.* SOUTHERN RAILWAY COMPANY. Appeal from the Court of Claims. February 1, 1926. Dismissed, and mandate granted, on motion of appellant. *Solicitor General Mitchell* for the United States. No appearance for appellee.

---

No. 716. UNITED STATES *v.* CENTRAL RAILROAD COMPANY OF NEW JERSEY. See *ante,* p. 644.